```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
                                         05cv10116WGY
UNITED STATES OF AMERICA    )
                            )     CRIMINAL NO.:
        v.                  )
                            )     VIOLATIONS:
EDIVALDO COUTINHO,          )     18 U.S.C. §1028(a)(2) -
                            )     (Transfer of False
        Defendant.          )      Identification Documents)
                            )     18 U.S.C. §2
                            )     (Aiding and Abetting)
                            )
```

INDICTMENT

COUNTS ONE Through FOUR: (Title 18, United States Code, Section 1028(a)(2) - Transfer of False Identification Documents)

The Grand Jury charges as follows:

On or about the dates listed below, at Peabody, in the District of Massachusetts,

**EDIVALDO COUTINHO**

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Alien Registration Cards ("Green Cards") and counterfeit Social Security Account Number Cards, knowing that such documents were produced without lawful authority.

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| ONE | January 4, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |

| | | |
|---|---|---|
| TWO | January 31, 2005 | Four Alien Registration Cards ("Green Cards") and Four Social Security Account Number Cards |
| THREE | March 9, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |
| FOUR | March 25, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

A TRUE BILL

_[signature]_
FOREPERSON OF THE GRAND JURY


_[signature]_
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS   12:40 pm   May 4, 2005

Returned into the District Court by the Grand Jurors and filed.

_[signature]_
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 1/15/04)

05 CV 10116 WGY

**Criminal Case Cover Sheet**          U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** __II__  **Investigating Agency** __ICE__

**City** __Peabody__  **Related Case Information:**

**County** __Essex__  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __EDIVALDO COUTINHO__  Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __63 Central Street, Peabody, MA 01960__

Birth date (Year only): __1978__  SSN (last 4 #): ____  Sex __M__  Race: ____  Nationality: __Brazil__

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA __Antoinette E.M. Leoney__  Bar Number if applicable __545567__

**Interpreter:** ☒ Yes ☐ No  List language and/or dialect: __Portuguese/Brazilian__

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 4, 2005  Signature of AUSA: _/s/ Antoinette Leoney_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   EDIVALDO COUTINHO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1028(a)(2) | Transfer of False Identification Documents | 1, 2, 3, 4 |
| Set 2  18 U.S.C. § 2 | Aiding and Abetting | 1, 2, 3, 4 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

crim.cov.JS45.wpd - 1/15/04 (USAO-MA)