UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    **05**CV **10116**WGY
          v.                )    CRIMINAL NO.
                            )
EDIVALDO COUTINHO,          )
                            )
          Defendant.        )

### UNITED STATES' MOTION TO SEAL

The United States, through its attorneys, Michael J. Sullivan, United States Attorney, and Antoinette E.M. Leoney, Assistant U.S. Attorney, hereby respectfully move the Court to seal the Indictment, the JS45 Criminal Case Cover Sheet, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize this criminal investigation and safety of witnesses.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:

ANTOINETTE E,M. LEONEY
Assistant U.S. Attorney
(617) 748-3103

Date:    May 4, 2005