UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
v.                          ) CRIMINAL NO. 05-10116-WGY
                            )
EDIVALDO COUTINHO,          )
                            )
    Defendant.              )

## UNITED STATES' MOTION TO UNSEAL INDICTMENT

The government respectfully moves to unseal the Indictment, the JS45 Criminal Case Cover Sheet, this motion and the Court's order on this motion, and any other paperwork in this case filed with this Court on May 4, 2005. As grounds therefor, the government states that the defendant has been arrested pursuant to a warrant issued by this Court, and there is no further need to maintain the secrecy of the Indictment, the JS45 Criminal Case Cover Sheet, this motion and the Court's order on this motion, and any other related paperwork.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
(617) 748-3103

Date: May 19, 2005

Dein, M.J.
MOTION ALLOWED
By the Court,
/s/ Thomas F. Quinn
Deputy Clerk 6/19/05