```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

CRIMINAL NO. 05-10116-WGY

**UNITED STATES OF AMERICA**

**v.**

**EDIVALDO COUTHINO**

<u>**ORDER OF VOLUNTARY DETENTION**</u>

**MAY 26, 2005**

**BOWLER, U.S.M.J.**

On May 26, 2005, defense counsel stated in open court that his client would enter into a period of voluntary detention without prejudice.  This court will promptly reopen the matter of detention upon motion.

It is therefore **ORDERED** that the defendant be detained. This court orders the defendant's detention subject to the following conditions:

>    (1)  The defendant be, and he hereby is, committed
>    to the custody of the Attorney General for confinement
>    in a corrections facility, separate, to the extent
>    practicable, from persons awaiting or serving sentences

or being held in custody pending appeal;

(2)  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3)  On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

      /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge