UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.: 05-10116-WGY |
| v. | ) | |
| | ) | VIOLATIONS: |
| EDIVALDO COUTINHO, | ) | 18 U.S.C. §1028(a)(2) – |
| | ) | (Transfer of False |
| Defendant. | ) | Identification Documents) |
| | ) | 18 U.S.C. §1028(a)(5) – |
| | ) | (Possession of Document-Making |
| | ) | Implements) |
| | ) | 18 U.S.C. §2 |
| | ) | (Aiding and Abetting) |
| | ) | 18 U.S.C. §1028(b)(5) – |
| | ) | (Criminal Forfeiture) |
| | ) | 18 U.S.C. §982(a)(2)(B) |
| | ) | (Criminal Forfeiture) |
| | ) | |

## SUPERSEDING INDICTMENT

### COUNTS ONE Through FOUR

**Title 18, United States Code, Section 1028(a)(2)
(Transfer of False Identification Documents)**

The Grand Jury charges as follows:

On or about the dates listed below, at Peabody, in the District of Massachusetts,

**EDIVALDO COUTINHO**

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Alien Registration Cards ("Green Cards") and counterfeit Social Security Account Number Cards, knowing that such documents were produced without lawful authority.

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| ONE | January 4, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |
| TWO | January 31, 2005 | Four Alien Registration Cards ("Green Cards") and Four Social Security Account Number Cards |
| THREE | March 9, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |
| FOUR | March 25, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

## COUNT FIVE

**Title 18, United States Code, Section 1028(a)(5)
(Possession of Document-Making Implements)**

The Grand Jury charges as follows:

On or about May 19, 2005, at Peabody, in the District of Massachusetts,

**EDIVALDO COUTINHO**

the defendant herein, knowingly produced, transferred and possessed document-making implements, which included, among other things, a HP Pavilion Packard 500 CPU (a computer hard drive), with serial # MX22909092, seven computer disk programs (CDs), two bags of miscellaneous document (one bag containing shredded remnants of documents and two bags containing three counterfeit documents), a monitor, scanner, printer, color copier, shredder, and laminator, with the intent that such document-making implements would be used in the production of false identification documents.

All in violation of Title 18, United States Code, Section 1028(a)(5) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

### Title 18, United States Code, Section 1028(b)(5), Title 18, United States Code, Section 982(a)(2)(B) (Criminal Forfeiture)

1. As a result of committing one or more of the transfer of false identification documents and/or possession of document-making implements offenses, in violation of 18 U.S.C. § 1028(a) alleged in Counts One, Two, Three, Four and Five of this Superseding Indictment,

**EDIVALDO COUTINHO,**

defendant herein, shall forfeit to the United States: (1) any and all personal property used or intended to be used to commit one or more of the offenses, pursuant to Title 18, United States Code, Section 1028(b)(5); and (2) any and all property constituting, or derived from, proceeds obtained directly or indirectly, as the result of one or more of the offenses, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

2. If, as a result of any act or omission of the defendant, the above-described forfeitable property –

    (1) cannot be located upon the exercise of due diligence;

    (2) have been transferred or sold to, or deposited with, a third party;

    (3) have been placed beyond the jurisdiction of the Court;

    (4) have been substantially diminished in value; or

    (5) have been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 1028(g) and/or 982(b)(1), all of which incorporate Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

    All pursuant to Title 18, United States Code, Sections 982, and 1028.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                June 1, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
6/1/05
3:15 pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ICE

**City** Peabody  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X  **Case No.** 05-10116-WGY
Same Defendant  X  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EDIVALDO COUTINHO  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  63 Central Street, Peabody, MA 01960

Birth date (Year only): 1978  SSN (last 4 #): ____  Sex M  Race: ____  Nationality: Brazil

**Defense Counsel if known:** Paul J. Garrity, Esq.  **Address:** 14 Londonderry Road
Londonderry, NH 03053

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Antoinette E.M. Leoney  **Bar Number if applicable** 545567

**Interpreter:** ☒ Yes  ☐ No  List language and/or dialect:  Portuguese/Brazilian

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

Arrest Date:  May 19, 2005

☒ Already in Federal Custody as of  May 19, 2005  in  Plymouth HC
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☒ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 1, 2005  **Signature of AUSA:** _Antoinette E.M. Leoney_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    EDIVALDO COUTINHO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1028(a)(2) | Transfer of False Identification Documents | 1, 2, 3, 4 |
| Set 2  18 U.S.C. § 1028(a)(5) | Possession of Document-Making Implements | 5 |
| Set 3  18 U.S.C. § 2 | Aiding and Abetting | 1, 2, 3, 4, 5 |
| Set 4  18 U.S.C. § 1028(b)(5) | Criminal Forfeiture Allegation | |
| Set 5  18 U.S.C. § 982(a)(2)(B) | Criminal Forfeiture Allegation | |
| Set 6 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

crim.cov3.JS45.wpd - 1/15/04 (USAO-MA)