UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                                                                  CRIMINAL
                                                                            NO. 05-10116  -WGY

**EDIVALDO COUTINHO**


### INITIAL SCHEDULING ORDER

 YOUNG,C.J. 

      The above named defendant(s) having been arraigned on 6/15/05 before   BOWLER, USM   , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

    A.    The government shall provide automatic discovery by  7/13/05    See   L.R116.1(C).

    B.    The defendant shall provide automatic discovery by 7/13/05     . See LR 116.1(D).

    C.    Any discovery request letters shall be sent and filed by   7/27/05. See LR 116.3 (A) and (H).

    D.    Any responses to discovery request letters shall be sent and filed by  8/10/05. See LR 116.3(A).

    E.    An initial status conference in accordance with LR 116.5 will be held on   7/28/05    at   2:00     p.m. in Courtroom No.   18    on the   5    floor.


                                                                            By the Court,

7/18/05                                                          /s/ Elizabeth Smith
      Date                                                                      Deputy Clerk

(Crinsch1.wp - 11/24/98)