UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

NO. 05CR10116

V.

EDIVALDO COUTINHO

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Edivaldo Coutinho, by and through counsel, and hereby moves this Court to continue the July 28, 2005 scheduling conference to September 8, 2005 at 2 p.m.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on July 28, 2005 for a scheduling conference.

2. However, the undersigned counsel has prepaid vacation plans to be out of State with his family from July 24 to August 7, 2005.

3. That the accused is aware of the within Motion.

4. That Assistant United States Attorney Antoinette Leoney assents to the within Motion.

5. That no memorandum of law is necessary.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Edivaldo Coutinho,
        By his Attorney,

Date: July 19, 2005        /S/_____
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03053
        (603)434-4l06
        Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this l9th day of July, 2005, a copy of the within was e mailed to Assistant United States Attorney Antoinette Leoney and mailed, postage prepaid, to Edivaldo Coutinho.

        /S/_____