UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 05CR10116 |
| | ) | |
| | ) | |
| EDIVALDO COUTINHO, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION TO EXCLUDE THE TIME
FROM JULY 28, 2005 THROUGH SEPTEMBER 8, 2005,
AND FOR AN ORDER ON EXCLUDABLE DELAY**

The parties hereby move, pursuant to 18 U.S.C. §3161(h)(8)(A) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which trial must commence under 18 U.S.C. §3161©)(1), excluding from such computation all time, commencing on July 28, 2005 (date of initial status conference), and concluding on September 8, 2005 (date of interim status conference).

As grounds therefor, the undersigned states that additional time is needed for counsel for the defendant to finish reviewing the discovery materials, and the Court has granted said request.

WHEREFORE, the parties respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice are served by granting the requested exclusion, and that said exclusion outweighs the best interest of the public and the defendants in a speedy trial, and,

accordingly, exclude all time, **commencing on July 28, 2005, and concluding on September 8, 2005**, in computing the time within which trial must commence under 18 U.S.C. §3161, and request that the Court enter an Order of Excludable Delay.

Assistant United States Attorney Antoinette Leoney, has given her assent to this motion.

Respectfully submitted,

Date:   July 20, 2005        /S/_____
                             Paul J. Garrity
                             14 Londonderry Road
                             Londonderry, NH 03053
                             (603)434-4l06
                             Bar No. 555976

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 20th day of July, 2005, a copy of the within was e mailed to Assistant United States Attorney Antoinette Leoney.

/S/_____

Paul J. Garrity