```
             UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

                                    Criminal No.
                                    05-10116-WGY


* * * * * * * * * * * * * * * *
                               *
UNITED STATES OF AMERICA       *
                               *
v.                             *   CHANGE OF PLEA
                               *
EDIVALDO COUTINHO              *
                               *
* * * * * * * * * * * * * * * *




           BEFORE:  The Honorable William G. Young,
                          District Judge




APPEARANCES:

          ANTOINETTE E.M. LEONEY, Assistant United
     States Attorney, 1 Courthouse Way, Suite 9200,
     Boston, Massachusetts 02210, on behalf of the
     Government

          PAUL J. GARRITY, ESQ., 14 Londonderry Road,
     Londonderry, New Hampshire 03053, on behalf of the
     Defendant

          CLAUDIA AZOFF, Court Interpreter


                                    1 Courthouse Way
                                    Boston, Massachusetts

                                    November 30, 2005
```