AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

EDIVALDO COUTINHO

**WARRANT FOR ARREST**

CASE NUMBER: 05cr10116 WGY

*FILED IN CLERKS OFFICE 2006 JUN 23 P 4:43*

*RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 MAY -4 P 3:35*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___EDIVALDO COUTINHO___
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
UNLAWFUL TRANSFER OF FALSE IDENTIFICATION DOCUMENTS AND AIDING AND ABETTING,

in violation of Title _18_ United States Code, Section(s) _1028(a)(2) and 2_

Name of Issuing Officer

Title of Issuing Officer: Supervisor

Signature of Issuing Officer

Date and Location: 5-4-05 Boston

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ICE
ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/19/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.